**Marlos M. MOORE, Plaintiff-Appellant,**

v.

**LEWIS, Sgt.; et al., Defendants-Appellees.**

**No. 17-16135**

United States Court of Appeals,
Ninth Circuit.

Submitted February 13, 2018 *

Filed February 22, 2018

Marlos M. Moore, Pro Se

D. Randall Gilmer, Deputy Attorney General, AGNV—Office of the Nevada Attorney General (Las Vegas), Las Vegas, NV, for Defendants-Appellees

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

MEMORANDUM **

Marlos M. Moore, a Nevada state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging claims arising from his conditions of confinement. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

In his opening brief, Moore failed to challenge the district court's grant of summary judgment, and therefore Moore waived any such challenge. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999)

("[A]rguments not raised by a party in its opening brief are deemed waived.").

We lack jurisdiction to consider Moore's challenge to the district court's order denying Moore's post-judgment motion to reconsider because Moore failed to file an amended or separate notice of appeal after entry of the district court's order denying the motion. *See* Fed. R. App. P. 4(a)(4)(B)(ii); *Stephanie–Cardona LLC v. Smith's Food & Drug Ctrs., Inc.*, 476 F.3d 701, 703 (9th Cir. 2007) ("A timely notice of appeal is a non-waivable jurisdictional requirement.").

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

We do not consider documents not presented to the district court. *See United States v. Elias*, 921 F.2d 870, 874 (9th Cir. 1990).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.